IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )
                                   )     CRIMINAL NO. 25-mJ-8301-GCS
vs.                                )
                                   )     Title 18, United States Code, Section 844(i)
JASON DAWSON,                      )
                                   )
              Defendant.           )

## CRIMINAL COMPLAINT

I, Duane Clauer, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

## COUNT 1
### ARSON

On or about November 22, 2025, in Madison County, within the Southern District of Illinois,

### JASON DAWSON,

defendant herein, maliciously damaged and destroyed by means of fire the building located at 32 E. Delmar Avenue, Alton, Illinois, used in interstate commerce, in violation of Title 18, United States Code, Section 844(i).

## AFFIDAVIT

1.     I, Duane Clauer, have been employed as a Special Agent/Certified Fire Investigator (SA/CFI) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and has been employed by ATF since July of 2013. The affiant is currently assigned to ATF's Saint Louis Group II Field Office, and his primary investigative focus is fire investigation. Prior

to focusing on fire investigation, the affiant investigated violations of federal and state firearm and controlled substance laws, including violations under Title 18, United States Code, Sections 922 and 924, and Title 21, United States Code, Sections 841 et seq. From 2012-2013, affiant was employed as an agent with the Wisconsin Department of Justice, Division of Criminal Investigation. From 2008-2012, affiant was employed as a Wisconsin State Trooper, where he often seized controlled substances and firearms during highway patrol. The affiant has authored and executed both state and federal search warrants in multiple judicial districts. The affiant has aided in the execution of search warrants of personal residences, vehicles, and commercial properties for evidence relevant to ongoing criminal investigations.

2.     The affiant has attended the Federal Law Enforcement Training Center's Criminal Investigator Training Program and ATF's Special Agent Basic Training (SABT). Prior to employment with ATF, the affiant was a police officer in Wisconsin. The affiant has received advanced training in fire and explosion investigation at both the National Fire Academy and the National Center for Explosives Training and Research. The affiant has also received a Graduate Certificate in Forensic Arson and Explosion Investigation. Based upon the affiants training, experience, and consultation with other agents and law enforcement officers he knows that it is common for individuals involved in wire fraud and the destruction of property by fire to conceal their crimes/evidence in physical or digital form within financial documents, insurance documents, tax documents, and correspondence.

3.     During the course of my law enforcement career, I have participated in numerous investigations involving controlled substances and firearms offenses. I have also conducted a variety of investigations of the trafficking and distribution of illegal narcotics. These

2

investigations have led to the seizure of narcotics, weapons, and United States Currency. I am familiar with and have used various methods of investigations which include electronic surveillance, interviews of suspects and witnesses, search warrants, arrest warrants, and the handling of confidential informants.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.      Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. 844(i) (Use of fire to destroy any building affecting interstate commerce), have been committed by Jason Dawson.

6.      The following facts led up to and after a commercial fire at State Farm Insurance Agent Dwight Tungett's Office which is located at 32 E. Delmar Ave, Alton, IL 62002. Mr. Tungett has the office clearly marked as a State Farm Insurance Office and has several employees that work for him at this location. Furthermore, Mr. Tungett sells and services insurance policies at this location that are both policies in the State of Illinois and outside the state of Illinois, meaning this is a building or business that affects interstate commerce.

7.      On or about November 19, 2025, Mr. Tungett's office received a call from State Farm Insurance Agent Bill Granger's office which was located in Bethalto, IL about Jason Dawson who showed up at their office upset about a life insurance policy he wanted to cash out. Bill Granger's Office referred Dawson to Mr. Tungett's Office at 32 E. Delmar Ave., as that office was the one where the life insurance policy originated. Mr. Granger's office staff called Mr.

3

Tungett's office in advance to let them know that Dawson was heading to their office and that he was angry and they were fearful of the way he was acting.

8.     Dawson arrived and spoke to Mr. Tungett's office staff who relayed to Mr. Tungett later that they were fearful of Dawson's actions as Mr. Tungett was not in the office when Dawson arrived. Mr. Tungett stated his office staff were fearful of Dawson coming back to the office after he left. Mr. Tungett stated that Dawson had a short haircut in which his hair was light enough, it may even appear bald from a distance when he arrived. Mr. Tungett stated that his office staff wanted Mr. Tungett to be there when Dawson comes back so they scheduled an appointment for November 21 at 1:30pm.

9.     On November 21, 2025, at approximately 1:45pm, Mr. Tungett had his office staff call Dawson as he didn't show up for his appointment. Mr. Tungett was advised that Dawson stated he overslept and was on his way to Mr. Tungett's office.

10.     At approximately 2pm, Dawson arrived at Mr. Tungett's office. Mr. Tungett met with Dawson and explained the process in which Dawson's grandpa purchased the life insurance policy for his grandson when Dawson was very young. Dawson informed Mr. Tungett that he was probably going to just cash in on his life insurance policy and asked Mr. Tungett how much he would get. Mr. Tungett informed Dawson that it would be approximately $1,400 if the policy was cashed out. Dawson then flipped the pen in the air and made a comment if that was all he was going to get that they might as well not do this.

11.     Mr. Tungett stated that Dawson's appearance changed from the 19 to the 21st. On the 21st Mr. Tungett stated that Dawson was wearing a blonde wig, full face makeup, and had painted his fingernails. Dawson was also wearing camouflage clothing on the 21st. Mr. Tungett

also stated that Dawson's demeanor was different on the 21st as he was initially crying or sobbing when he entered. Mr. Tungett stated that Dawson then walked out to the vehicle he arrived in and then came back inside Mr. Tungett's office after a short time.  Mr. Tungett stated that Dawson was agitated and said that he was being screwed over like always and stated that everyone has it in for Dawson.  Dawson stated his grandpa would never have taken out a life insurance policy if this was all that Dawson was going to get.  Dawson stated before he left the office, they would have to answer to him or his attorney.

12.     On November 22, 2025, at approximately 5:33pm, the Godfrey Fire Protection district was dispatched to 32 E. Delmar Avenue for an active fire in which they extinguished.  The fire was called in by Cindy Critchell who works at the State Farm Office and opened the door to deliver cases of water she purchased at the store.  Cindy and her husband Kent Critchell opened the door and observed the office to be full of smoke with an active fire on the exterior side porch of the structure. There were no signs of forced entry in the office when they arrived.  Kent Critchell recalled when he turned on E Delmar Ave from Alby Street, he observed a white male with tattoos on his chest and appeared to have a bald head walking with a purpose from E Delmar Ave to Alby Street in the direction away from the State Farm building at 32 E Delmar Ave.  Cindy later informed Mr. Tungett that the individual appeared to be Jason Dawson who they saw who was in their office on November 19 and 21st.

13.     SA/CFI Clauer conducted a fire scene exam at 32 E. Delmar Ave and classified the fire as Incendiary.  Furthermore, the trash can was moved onto the porch where remnants of the melted plastic from the trash can was found on the porch located on the east side of the structure in which was also identified as the area of origin.

14.    SA/CFI Clauer retrieved surveillance footage from businesses near the State Farm Office. SA/CFI Clauer analyzed the following surveillance footage from Element Turf & Outdoor Solutions located to the west of State Farm. In the video/audio footage Dawson can be heard swearing and stating, "where's my money".



**Dawson walking West on East Delmar Ave at 5:22pm**



**Dawson retrieving items from Dumpster across street at 5:22pm**



**Dawson with items in hand approaching State Farm Insurance Building**



**Dawson with items in hand approaching State Farm Building at 5:23pm**



**Dawson at northeast corner of State Farm Building at 5:26pm**



**Smoke appearing at 5:27:19pm**



**Increase of smoke at 5:27:33pm**



**Dawson on south side (Front) of building at 5:28pm**



**Dawson pulls pants down and stated, "Kiss my white ass, Mother Fucker".**



**Dawson Departs at 5:28pm heading East on East Delmar Ave.**



**Orange glow from East side of State Farm Building when Kent and Cindy Crithchell park on South side (Front) of State Farm Building at 5:30pm.**



**Kent and Cindy Critchell (911 caller) parking at 5:30:52pm**

15.    SA/CFI Clauer retrieved surveillance footage from D&R Machine Co., Inc. located at 4131 Alby St, Alton, IL.  SA/CFI Clauer observed below Dawson walking onto E. Delmar Ave from Alby Street at approximately 5:20pm walking toward the State Farm building.  At approximately 5:30pm, Dawson walks from E. Delmar Ave to Alby street walking away from the State Farm building and passes Kent and Cindy Critchell's vehicle who called 911.



**Dawson walking from Alby St. to E. Delmar Ave without a shirt at 5:20pm**



> **Dawson Walking from E. Delmar Ave to Alby St without a shirt on passing Kent and**
>
> **Cindy Critchell's vehicle.**

16.     SA/CFI Clauer interviewed Thomas Vogt regarding his observations on Homer M Adams Parkway near the Tractor Supply Store and Dollar General at approximately 6:30pm on November 22nd. Mr. Vogt stated he observed a white male without a shirt on walking alongside the highway toward East Alton. Mr. Vogt described the person as white or lighter complected male with tattoos on his chest and arms walking fast. He further stated the person appeared to be bald.

17.     On December 10, 2025, SA/CFI Clauer assisted the Staunton Police Department with arresting Jason Dawson for a felony probation warrant out of Indiana.[1] Jason Dawson was driving a vehicle registered to Joshua Beavers who was in the passenger seat at the time of the arrest. The vehicle was the same vehicle Dawson arrived at the State Farm Office at 32 E. Delmar Ave on November 19th and 21st. Dawson was transported back to the Staunton Police Department, and Beavers followed Investigators back to the Police Department to be interviewed.

18.     Beavers consented to an interview and provided the following details to SA/CFI Clauer. He stated he took Dawson to the State Farm Office sometime around Wednesday or Thursday before the fire. He stated Dawson went inside the office and then came back outside agitated because the amount wasn't what it was supposed to be. Beavers stated that Dawson was angry and believed he wasn't getting what was owed to him for the life insurance policy. He stated

---

[1] Indiana declined to extradite Dawson from the Metro East area and Dawson was subsequently released on December 10, 2025.

he tried to explain to Dawson why he was only getting $1,400 and Dawson wouldn't listen and was just agitated.

19.    Beavers believed around this timeframe he also paid for a motel for Dawson to stay in at the Bel-Air in Wood River.  Beaver gave investigators consent to photograph his text messages from Dawson on November 22nd. (see below) In the text messages Dawson sent a message to Beaver at 7:49pm stating, "Come get me at the gas station".  Beaver informed SA/CFI Clauer that the gas station is regarding the BP gas station at 4200 College Ave, Alton, IL.  At approximately 8:38pm, Dawson sent another text message to Beaver stating, "All my money better be back to me in 24 hrs or everyone is in for a hell of a sit down. My angels gave me the green light I surely have got my point across."  Beaver stated Dawson was really upset and believed the State Farm office was stealing money from him.



**Text Messages to Beaver from Dawson on November 22nd following the fire.**

20.    SA/CFI Clauer reviewed photos and booking information that showed Jason Dawson has tattoos on his chest and arms which was consistent with what Kent and Cindy Critchell and Thomas Vogt observed seeing on November 22nd.

19

21.     State Farm Dwight Tungett contacted SA/CFI Clauer on December 11, 2025. Tungett stated DAWSON left a voicemail on their office phone requesting the money owed to him.  Gina Aiello told SA/CFI Clauer that employees were fearful of DAWSON coming to their location to collect his money.  Aiello stated they locked the door and would not admit DAWSON. SA/CFI Clauer observed DAWSON in the area and arrested DAWSON prior to DAWSON going to the State Farm office.

**Conclusion**

22.     Based on the foregoing, I believe probable cause exists to believe that Jason Dawson maliciously damaged by fire the State Farm insurance office located at 32 E. Delmar Ave, Alton, IL 62002, on November 22, 2025, within the Southern District of Illinois in violation of Title 18, United States Code, Section 844(i).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DUANE CLAUER  Digitally signed by DUANE
                CLAUER
                Date: 2025.12.12 11:17:52 -06'00'

Duane Clauer
Special Agent, ATF

_Jennifer Hudson_

Jennifer Hudson
Assistant United States Attorney

State of Illinois        )
                         )    SS.
County of St. Clair      )

Sworn to and subscribed on the __12th__ day of December, 2025.

Honorable Gilbert C. Sison
United States Magistrate Judge